IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to File Surreply in Opposition to Plaintiff's Motion to Grant Plaintiff's Jury Demand** [#16] (the "Motion"). Given the limited nature of the proposed Surreply,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Clerk of Court shall accept Defendant's proposed Surreply [#16-1] for filing as of the date of this Minute Order.

    Dated: October 30, 2014