IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Plaintiff's **Motion to Accept Plaintiff's Draft Protective Order [#23]** (the "Motion"). Defendant filed a Response [#28], and Plaintiff filed a Reply [#31].

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED in part and DENIED in part**. The Motion is **granted** to the extent that a protective order will be entered in this matter. The Motion is **denied** to the extent that Plaintiff seeks to have her version of the protective order entered.[1] Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#28-1] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 13, 2015

---

[1] The parties' contested issue regarding student records will be addressed in due course by the Court in a separate order. *See Motion for Order Requiring Disclosure and Permitting Use of Education Records, and for Protective Order* [#15].