IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Order Requiring Disclosure and Permitting Use of Education Records, and for Protective Order [#15]** (the "Motion"). Plaintiff filed a Response [#22], and Defendant filed a Reply [#27]. The requested protective order concerns students' records and the protection of student rights under the Family Educational Rights and Privacy Act (FERPA). *Motion* [#15] at 1. Plaintiff's requested amendment to Defendant's proposed Protective order [#15-1] is better addressed as a motion in limine prior to trial. *See Response* [#22] at 9. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#15-1] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 13, 2015