IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

COLORADO SPRINGS SCHOOL DISTRICT 11,

    Defendant.

## ORDER

The Court, having reviewed the Defendant's Motion for Order Requiring Disclosure and Permitting Use of Education Records, and for Protective Order, hereby enters the following Order:

I.    The parties may utilize in all aspects of this litigation, and Colorado Springs School District 11 (the "District") shall disclose to Plaintiff, copies of all education records ("Education Records") relating to current or former District students required to be disclosed under the Federal Rules of Civil Procedure ("FRCP"). It is possible that Plaintiff may obtain District education records from other sources, and such education records are also considered to be Education Records for purposes of this Order.

II.    Except as provided herein or as otherwise agreed upon by the parties or ordered by the Court, the District shall provide the Education Records in its possession in accordance with the timelines set forth in the FRCP. However, to provide adequate time for the

District to notify parents/students of the disclosure as required by the Family Educational Rights and Privacy Act, the District shall have an additional ten days beyond such timeline, or following the Court's entry of this Order, whichever is later, in order to produce the Education Records. The Education Records shall also be produced to the Court as they are entered into evidence during the trial of this matter or as otherwise requested by the Court or deemed appropriate by the parties.

III.  The Education Records described above shall be produced and used in this case, subject to the following protective order:

    A.  Plaintiff shall not disclose District Education Records obtained from the District or from any other source and information from such Education Records to any third party with the exception of Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es), if any.

    B.  Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es), if any, shall not disclose such Education Records and information from those records to any third party.

    C.  Plaintiff, Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es), if any, shall not use such Education Records and information from those records for any purpose but this litigation.

    D.  Plaintiff, Plaintiff's counsel, her counsel's staff, her counsel's investigator, and her expert witness(es), if any, shall, at the conclusion of this litigation, destroy all

copies of such Education Records disclosed by the District, or otherwise obtained by Plaintiff, pursuant to this Order, unless the Education Records are necessary for an appeal, at which time the parties will make arrangements sufficient to protect Education Records from public disclosure.

Entered this 13th day of January, 2015

Kristen L. Mix
Magistrate Judge

240321.3