IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A401 |
| Date: September 11, 2015 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-01520-KLM

*Parties*: *Counsel*:

JULIA CHUNG, Pro Se

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11, Susan Campbell

    Defendant.

**COURTROOM MINUTES**

**DISCOVERY CONFERENCE**

**Court in Session:   2:01 p.m.**

Court calls case. Appearance of counsel.

Discovery Hearing is called regarding Plaintiff's Motion to Compel #[54], Defendant's Motion for Protective Order Regarding Scheduling of Depositions #[55], Defendant's Motion for Protective Order as to Depositions of the District's Superintendent and Board Members #[61].  For the reasons set forth on the record:

**ORDERED:**   Plaintiff's Motion to Compel #[54] is GRANTED in part and DENIED in part.  The motion is granted to the extent the plaintiff wishes to take the depositions of Rhonda Schimpf, Holly Brilliant, Sherry Kalbach, Alvin

                Brown, Jr. Carole Carlsen, and Jason TerHorst. It is denied to the extent that plaintiff wishes to take the depositions of Nick Gledich, Elaine Naleski and Bob Null.

**ORDERED:** Defendant's Motion for Protective Order Regarding Scheduling of Depositions #[55] is GRANTED.

**ORDERED:** Defendant's Motion for Protective Order as to Depositions of the District's Superintendent and Board Members #[61] is GRANTED.

**ORDERED:** The Court sets forth the following deposition schedule:
Carole Carlsen: March 10, 2015 from 9:00 a.m. to 10:30 a.m.
Rhonda Schimpf: March 10, 2015 (not to exceed 1.5 hours; anytime between 10:30 a.m. and 5:00 p.m.).
Jason TerHorst: March 11, 2015 from 9:30 a.m.-12:00 p.m.
Holly Brilliant: March 11, 2015 from 12:00 p.m.-2:30 p.m.
Alvin Brown, Jr.: March 11, 2015 from 3:00 p.m.-5:00 p.m.

**ORDERED:** Plaintiff shall serve Amended Notices to take depositions **no later than February 27, 2015 at 5:00 p.m.** and should include the name of the person who will be deposed and the date, time and location of each deposition.

**ORDERED:** Defendant shall not inform deponents of the testimony provided by witnesses whom Plaintiff has previously deposed.

**ORDERED:** Discovery deadline extended to **March 16, 2015.**

Ms. Chung is advised to file a Motion to Quash as to her objection to the most recent subpoena that was issued.

HEARING CONCLUDED.
**Court in recess:    2:42 p.m.**
Time In Court:       00:41 minutes

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.