IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Quash Defendant's Subpoena Notice to Deposition of Jennifer Phillips Simons** [#66] (the "Motion"). Defendant filed a Response [#68] indicating that it "has withdrawn the deposition subpoena served on Ms. Simon and notified her [and Plaintiff] that the deposition is canceled." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#66] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Discovery Hearing set for March 5, 2015 at 2:00 p.m. is **VACATED**.

    Dated:  March 4, 2015