IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Consolidate Actions and Maintain Trial Date for Consolidated Action** [#101] (the "Motion"). Plaintiff filed a Response [#104] in opposition to the Motion. Defendant seeks to consolidate this case with Civil Action No. 15-cv-01478-KLM, which is also a Title VII case involving the same parties as the present lawsuit.

    IT IS HEREBY **ORDERED** that the Motion [#101] is **DENIED without prejudice**. The undersigned may not rule on a motion to consolidate cases until Defendant has entered an appearance in Civil Action No. 15-cv-01478-KLM and the parties have filed in that case the Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges, Civil Action No. 15-cv-01478-KLM, [#3] at 8-9, indicating whether all parties do or do not consent to have a United States Magistrate Judge conduct all proceedings in Civil Action 15-cv-01478-KLM, including trial, and to order the entry of a final judgment. *See* D.C.COLO.LCivR 42.1 (discussing motions to consolidate). In addition, in light of the Court's Order reinstating Plaintiff's retaliation claim in 14-cv-01520-KLM, *see Order* [#105], consolidation of the later-filed lawsuit is likely inappropriate and unnecessary.

    Dated: July 21, 2015