IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

      Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

      Defendant.

---

**FINAL JUDGMENT**

---

      PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Granting Summary Judgment filed on July 21, 2015, by the Honorable Magistrate Judge

Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

      ORDERED that the Corrected Motion for Summary Judgment #[79], is

GRANTED.  It is further

      ORDERED that judgment enter in favor of Defendant El Paso School District #11

on all claims in this matter, and against the Plaintiff, Julia Chung.

      DATED at Denver, Colorado July 22, 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ L. Galera
   Laura Galera
   Deputy Clerk