IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendant's Motion to Review Taxation of Costs filed on November 17, 2015, by the Honorable Magistrate Judge Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant El Paso School District #11 is awarded an additional $1,810.26 in costs.

DATED at Denver, Colorado this 17th day of November, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz
M. Ortiz,
Deputy Clerk