IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01520-KLM

JULIA CHUNG,

    Plaintiff,

v.

EL PASO SCHOOL DISTRICT #11,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting District Clerk to Forward the Missing Record to the Appellate Court** [#143] (the "Motion"). Plaintiff provides a long and detailed list of specific pages and entire documents which, based on her review of the record in her case pending before the Tenth Circuit Court of Appeals, she asserts were not transmitted by the Clerk of Court to the Tenth Circuit for its consideration. In light of this assertion, the Clerk reviewed the record it sent to the Tenth Circuit. Based on that review, every page and every document which Plaintiff alleges are missing are, in actuality, present in the record and were properly transmitted. The Court also spot-checked the documents on the docket of Plaintiff's case in the Tenth Circuit Court of Appeals, in case Plaintiff's "missing" documents had somehow been lost in the transmission. No issues were discovered. Perhaps Plaintiff's inability to view these documents and pages is a technical issue with the software on her own computer. Regardless, so far as the Court can presently tell, the entire record in this case has been fully transmitted to and received by the Tenth Circuit. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#143] is **DENIED**.

    Dated: January 7, 2016